UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                         Case No. 1:05:CR:217

v.

                                      HON. GORDON J. QUIST

CHRISTOPHER GOMER,

        Defendant.

_____/

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed December 1, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Christopher Gomer's plea of guilty to Count One of the Indictment is accepted. Defendant Christopher Gomer is adjudicated guilty.

3. Defendant Christopher Gomer shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: December 15, 2005                                          /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE